AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jun WANG<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br>6:23-mj-2001 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 6, 2023  in the county of  Orange  in the  Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | False use of Passport |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Javier A. Mondejar, Enforcement Officer, USCBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 8, 2023 @ 10:35am

_____
*Judge's signature*

City and state:  Orlando, Florida        Robert M. Norway, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                    Case No. 6:23-mj-2001

**COUNTY OF ORANGE**

## AFFIDAVIT

I, JAVIER A MONDEJAR, Enforcement Officer at Orlando International Airport working for United States Customs and Border Protection ("USCBP") in Orlando, Florida, being duly sworn, state the following:

1. I am a Criminal Enforcement Officer at Orlando International Airport and have been so employed since 2008. Prior to assuming that position, I was a Customs and Border Protection Officer, and have been employed with the agency since 2006. I am responsible for conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act, and related offenses contained in Titles 8, 18, and 19 of the United States Code.

2. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of USCBP. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause.

3. On September 6, 2023, WANG, Jun (DOB: XX/XX/1975, Country of Birth: China, Country of Citizenship: Taiwan-Republic of China) arrived at Orlando International Airport from San Jose, Costa Rica on Spirit Airlines 1310 and presented herself as KIM, Youngwoon (DOB: XX/XX/1975, COB: The Republic of Korea, COC: Republic of Korea). WANG presented herself for inspection with a fraudulent

Republic of Korea passport (Passport Document ID Number XXXXX2983) and with an approved ESTA ("Electronic System for Travel Authorization")[1] application under the name of KIM, Youngwoon and a date of birth of XX/XX/1975. WANG was referred to Passport Control Secondary for further inspection.

4. Another passenger from that same Spirit Airlines flight (1310), YU, Ching (DOB: XX/XX/1979, COB: China, COC: Taiwan, Republic of China), presented herself as CHOI, Joohye (DOB: XX/XX/1979, COB: The Republic of Korea COC: Republic of Korea). YU presented herself for inspection with a fraudulent Republic of Korea passport (Passport Document ID Number XXXXX4521) and with an approved ESTA application under the name of CHOI, Joohye and a date of birth of XX/XX/1979. YU was referred to Passport Control Secondary for further inspection. Further investigation revealed that YU and WANG were traveling together from Costa Rica and that both utilized fraudulent passports that were procured from the same unknown source.

5. Once WANG was referred to Passport Control Secondary, CBPO Santiago conducted system checks and a baggage exam, the latter of which revealed that WANG's luggage contained a valid passport from Taiwan that contained her true

---

[1] ESTA is an automated system that determines the eligibility of visitors to travel to the United States under the Visa Waiver Program (VWP). The Visa Waiver Program (VWP), administered by the Department of Homeland Security (DHS) in consultation with the State Department, permits citizens of 40 countries to travel to the United States for business or tourism for stays of up to 90 days without a visa. The Republic of Korea and Taiwan are included within that list of 40 countries.

2

biographical information, including her name (WANG, Jun), date of birth (XX/XX/1975), and country of birth and citizenship (COB: China, COC: Taiwan-Republic of China). Additionally, WANG's baggage contained a package of sanitary pads that concealed additional Taiwan identification cards belonging to WANG. These identification cards contained biographical information about WANG that was consistent with the information contained on her Taiwan passport.

6. During the baggage exam, WANG explained how she obtained the fraudulent Korean passport. WANG stated that she obtained the Korean passport while in Costa Rica. WANG stated that she arranged obtaining the passport through another individual, CHOI, Joohye, by contacting a friend[2] through a messaging-social media application called WeChat[3]. As mentioned above, "CHOI, Joohye" was the fictitious name used by YU, Ching, who was traveling with WANG from Costa Rica. YU also presented a fraudulent Korean passport. WANG stated that once the arrangement was finalized, the fraudulent Korean passport appeared in the hotel room that she occupied in Costa Rica.

7. CBP Criminal Enforcement Unit was notified of the incident, and I responded. I encountered WANG in passport control secondary, at which time law

---

[2] WANG was unable to provide the name of CHOI's friend.

[3] WeChat is a Chinese instant messaging, social media, and mobile payment app developed by Tencent.

3

enforcement computer system checks were conducted, which revealed the following information:

    a. WANG was previously admitted into the United States of America under the Visa Waiver Program (VWP) using her true identity as a Taiwan citizen with her Taiwan passport #XXXXX9578. On May 28, 2022, WANG entered the United States of America and, through the VWP, was allowed to remain in the United States of America until August 25, 2022. However, WANG did not depart the United States of America until December 4, 2022, which caused her to be flagged as an "overstay" and rendered her ineligible for future stays in the United States under the VWP using her true name and identity.

    b. Your Affiant further learned that WANG's fingerprints provided to the primary officer with U.S. Customs and Border Protection on September 6, 2023, was an exact match to the fingerprints WANG provided when she entered the United States of America as a Taiwanese citizen on May 28, 2022.

    c. On September 4, 2023, WANG submitted an ESTA application for the Visa Waiver Program as citizen of the Republic of Korea to gain entry into the United States of America. WANG filled out the application utilizing the biographical information derived from her newly obtained fraudulent Korean identification/passport (Korean passport number XXXXX2983),

using the fictitious name of "KIM, Youngwoon". In this ESTA application, WANG used a photograph containing her own image and her actual date of birth. Notably, one of WANG's answers in the questionnaire portion of the ETSA application falsely indicates that she has never stayed in the United States longer than the admission period granted to her by the U.S. government.

8. A law enforcement officer read *Miranda* warnings to WANG in the English language, which were translated to Chinese-Mandarin by CBPO Zhao. Z. WANG stated that she understood her rights and elected to invoke those rights by not speaking with CBPO officers.

9. Based upon the foregoing, your affiant submits that there is probable cause to believe that Jun WANG willfully and knowingly used and/or attempted to use a false, forged, or counterfeited passport in order to illegally enter the United States, in violation of 18 U.S.C. § 1543.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Javier A Mondejar
Criminal Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me on this
8th day of September, 2023, in Orlando, Florida.

_____
Honorable Robert M. Norway
United States Magistrate Judge